UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. MAAG, | ) | Case No.: 3:05 CV 1574 |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| KHELLEH KONTEH, | ) | |
| | ) | |
| | ) | |
| Respondent | ) | <u>JUDGMENT ENTRY</u> |

Having dismissed Petitioner William A. Maag's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in a separate Order of this same date, the court hereby enters judgment for the Respondent and against the Petitioner.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

August 22, 2006